FILED

**UNITED STATES DISTRICT COURT** 2003 DEC -1  P 12: 19
**DISTRICT OF CONNECTICUT**

ERIC ATKINSON                    :         PRISONER
                                            3:01CV1971(PCD)(JGM)
        v.                                :

KEVIN SCHIBI, ET AL              :         NOVEMBER 26, 2003

## MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

The following defendants remaining in the above-captioned matter respectfully move for an additional sixty days, up to and including January 28, 2003, within which to move for summary judgment in the above-captioned matter. In support of this motion, the defendants represent the following:

1.      After the defendants filed their Answer and Special Defenses, this Court issued a scheduling order indicating that the Discovery cutoff in this matter is October 29, 2003, and the deadline for any dispositive motions in the above-captioned matter is November 29, 2003. Since that time, the plaintiff in this matter. Since that time, the plaintiff has filed a Motion to Extend the Time to January 27, 2003 to complete discovery and comply with the Court's scheduling order. See Docket # 50. This motion was granted by the Court on October 8, 2003. The discovery deadline in this matter is now January 27, 2003;

2.      The schedule of the undersigned counsel has been extremely hectic in the past several weeks with numerous cases including a case with an emergency motion regarding healthcare for an inmate;

3.    This is the first motion for an extension of time with regard to the summary

judgment deadline; and

4.    Due to his incarceration, the defendants have not sought the plaintiff's position

with regard to this motion.

DEFENDANTS
Kevin Schibi, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:    _____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of November 2003:

Eric Atkinson, #214214
Northern Correctional Institution
P.O. Box 665
Somers, CT
06071

Lynn D. Wittenbrink
Assistant Attorney General