UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
DEC 4  3 12 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| ERIC ATKINSON | : |
| | : PRISONER |
| v. | : Case No.3:01CV1971 (PCD)(JGM) |
| | : |
| KEVIN SCHIBI, et al. | : |

### RULING AND ORDER

Defendants' motion for extension of time to file a motion for summary judgment [dkt. #52] is **GRANTED until January 28, 2004**.

**SO ORDERED.**

Entered in New Haven, Connecticut, this 4th day of December, 2003.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE