UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT.

Eric Atkinson    #214214
PLAINTIFF.

v

Kevin Schibi, et al.
DEFENDANTS

2004 FEB 11  P 1:08

PRISONER
CIVIL NO. 3:01CV1971 (PCD)(JGM)

January 23RD, 2004

## Plaintiff's Motion For Summary Judgement.

Pursuant to Rule 56(e) of Fed. R. Civ. P. pro-se plaintiff Eric Atkinson request this court to grant him summary judgement as to liability of defendants for damages for the excessive use of force to the plaintiff. The reasons therefore are set forth in the plaintiff's declaration and brief in support of this motion.

Plaintiff submit this motion for summary judgement, because the record reflects that there are no genuine issues of facts in dispute entitling him to judgement as a matter of law.

Respectfully Submitted.

_Eric attinun_    _Eric Atkinson_
PRO-SE PLAINTIFF    #214214

Eric Atkinson
Northern Correctional Inst.
P.O. Box 665
287 Bilton Rd.
Somers, Ct. 06071-0665

Oral Argument Is Not Requested.