UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Eric Atkinson #214214
PLAINTIFF

v.

Kevin Schibi, et al.
DEFENDANT

PRISONER
CIVIL NO. 3:01CV1971(PCD)(JGM)

January 23rd, 2004

## Statement Of Undisputed Facts.

Pursuant to Local Rule 9(c) of this District Court, the plaintiff submits a list of Undisputed Facts that entitles him to summary judgement on his excessive use of force claim

1. Plaintiff stuck his arm out of the food slot trap and refused to allow prison officials to secure the trap. Plaintiff wanted to move.

2. Defendant Oglesby sprayed chemical agent (mace) into plaintiff's cell/face causing plaintiff to relinquish the food slot trap.

3. Defendant Schibi "on command" sicced K-9 Rex on plaintiff while on top of desk.

4. Plaintiff had to receive medical treatment requiring 11 sutures.

5. Plaintiff received a disciplinary report for Interferring w/ Safety and Security and Disobeying A Direct Order in accordance w/ the Dept's. Code of Penal Discipline not an assault, riot, weapons or any other serious

DISCIPLINARY OFFENSE TO WARRANT SUCH A PLANNED EXECUTION USE OF FORCE

6. THE DEFENDANTS "PENOLOGICAL OBJECTIVE" TO SECURE THE TRAP COULD'VE BEEN ACHIEVED ONCE PLAINTIFF RELINQUISHED THE TRAP AFTER BEING MACED, WHILE PLAINTIFF STOOD ATOP HIS DESK AS EXHIBIT 7 AND 3 CONTENDS. OFFICIALS OPTED TO BEAT PLAINTIFF AND SIC K-9 REX ON HIM CAUSING INJUR(IES) AND MORE FORCE NECESSARY TO ACHIEVE THE OBJECTIVE OF SECURING THE FOOD SLOT TRAP.

---

Eric Atkinson

RESPECTFULLY SUBMITTED.
ERIC ATKINSON
PRO SE PLAINTIFF.
NORTHERN CORR. INST.
287 BILTON RD.
P.O. BOX 665
SOMERS, CT. 06071-0665.