UNITED STATES DISTRICT COURT
Eric Atkinson #214214 DISTRICT OF CONNECTICUT
PRO-SE PLAINTIFF
**FILED**

V

PRISONER
CIVIL NO. 3:01CV1971 (PCD)(JGM)
2004 MAR 1

Kevin Schibi, ET. AL.
DEFENDANTS

February 17TH, 2004
US DISTRICT COURT
BRIDGEPORT CT

## Motion For Enlargement Of Time.

Pursuant to Rule 6(B) of the Fed. R. Civ. Procedures and Rule 9(B) of the L. Civ. R. the pro-se plaintiff respectfully request an enlargement, until a ruling has been made on his summary judgement motion, in which time to comply with the trial preparation order. This court has not set time to rule on the pending summary judgement motion making it virtually impossible to know how much time to comply w/ trial preparation order. Ten days after ruling, if necessary. Plaintiff has not consulted with opposing counsel.

Respectfully Submitted.
Eric Atkinson
PRO-SE PLAINTIFF
Northern Correctional Inst.
287 Bilton Rd.
P.O. Box 665
Somers, Ct. 06071-0665.