UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERIC ATKINSON | : | PRISONER |
| | | 3:01CV1971(PCD)(JGM) |
| v. | : | |
| KEVIN SCHIBI, ET AL | : | MARCH 03, 2004 |

**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including April 2, 2004 within which to their opposition to the plaintiff's Motion for Summary Judgment. In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of time within which to oppose the plaintiff's Motion for Summary Judgment;

2. Due to the volume of cases assigned to the undersigned counsel and the inordinate press of other matters, more timely response is most difficult; and

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

```
                                        DEFENDANTS
                                        Kevin Schibi, et al
                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL


                            BY:         _____
                                        Lynn D. Wittenbrink
                                        Assistant Attorney General
                                        110 Sherman Street
                                        Hartford, CT  06105
                                        Federal Bar #ct08575
                                        lynn.wittenbrink@po.state.ct.us
                                        Tel: (860) 808-5450
                                        Fax: (860) 808-5591
```

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 3d day of March 2004:

Eric Atkinson, #214214
Northern Correctional Institution
P.O. Box 665
Somers, CT
06071

```
                                        _____
                                        Lynn D. Wittenbrink
                                        Assistant Attorney General
```