UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERIC ATKINSON | : | PRISONER |
| | | 3:01CV1971(PCD)(JGM) |
| v. | : | |
| KEVIN SCHIBI, ET AL | : | MARCH 03, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE TRIAL PREPARATON ORDER SECTION B

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including April 3, 2004 within which to their opposition to the plaintiff's Motion for Summary Judgment. In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of time within which comply with the Court's Trial Preparation Order;

2. Due to the volume of cases assigned to the undersigned counsel and the inordinate press of other matters, more timely response is most difficult. Moreover, since the Court issued its Trial Preparation Order, the plaintiff filed a Motion for Summary Judgment which motion must necessarily be resolved prior to trial; and

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

                DEFENDANTS
                Kevin Schibi, et al
                RICHARD BLUMENTHAL
                ATTORNEY GENERAL


      BY:  _____
          Lynn D. Wittenbrink
          Assistant Attorney General
          110 Sherman Street
          Hartford, CT  06105
          Federal Bar #ct08575
          lynn.wittenbrink@po.state.ct.us
          Tel: (860) 808-5450
          Fax: (860) 808-5591


## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was mailed to the following on this 3d day of

March 2004:

Eric Atkinson, #214214
Northern Correctional Institution
P.O. Box 665
Somers, CT
06071



                _____
                Lynn D. Wittenbrink
                Assistant Attorney General