**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ERIC ATKINSON | : | PRISONER |
| | : | NO. 3:01CV1971(PCD) |
| VS. | : | |
| | : | |
| KEVIN SCHIBI, ET AL. | : | MARCH 19, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that defendants, **KEVIN SCHIBI, ET AL.**, have manually filed the

following documents:

    A.    11/03/00 Incident Report;
    B.    11/01/00 Incident Report Package;
    C.    11/02/00 Incident Report Package;
    D.    Oglesby Affidavit;
    F.    11/01/00 D.R. Report; and,
    G.    DR History.

These documents have been filed electronically because:

[ X]    The documents cannot be converted to an electronic format.
[   ]    The electronic file size of the document exceeds 1.5 megabytes.
[   ]    The document or thing is filed under seal pursuant to Local Rule of Civil
          Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

                                        Respectfully submitted,
                                        DEFENDANTS,
                                        Kevin Schibi, et al.

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL

                                        BY:  /s/_____
                                        Lynn D. Wittenbrink
                                        Assistant Attorney General
                                        Federal Bar No. ct08575
                                        110 Sherman Street
                                        Hartford, CT  06105
                                        Telephone No. (860) 808-5450
                                        Fax no. (860) 808-5591
                                        lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid

to the following on this 19th day of March, 2004 to:

Eric Atkinson, Inmate No. 214214
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT  06071

/s/_____
Lynn D. Wittenbrink
Assistant Attorney General