**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ERIC ATKINSON | : | PRISONER |
| | : | NO. 3:01CV1971(PCD) |
| VS. | : | |
| | : | |
| KEVIN SCHIBI, ET AL. | : | MARCH 19, 2004 |

## LOCAL RULE 56(a)2 STATEMENT

1. Admitted.

2. Denied.

3-4. Admitted.

5-6. Denied.

                                                DEFENDANTS,
                                                Kevin Schibi, et al.

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL


                                                BY: /s/_____
                                                Lynn D. Wittenbrink
                                                Assistant Attorney General
                                                Federal Bar No. ct08575
                                                110 Sherman Street
                                                Hartford, CT  06105
                                                Telephone No. (860) 808-5450
                                                Fax No. (860) 808-5591
                                                lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 19th day of March, 2004:

Eric Atkinson, Inmate No. 214214
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT  06071

                                                    /s/
                                                Lynn D. Wittenbrink
                                                Assistant Attorney General