UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ERIC ATKINSON

v.

KEVIN SCHIBI, et al.

PRISONER
Case No.3:01CV1971 (PCD)(JGM)

## RULING AND ORDER

This ruling considers defendants' motion for protective order and three motions for extension of time.

First, defendants seek a protective order to preclude further discovery in this case. The deadline for completion of discovery has passed and neither party moved to extend the deadline. On February 11, 2004, plaintiff filed a motion for summary judgment. Thus, the court concludes that plaintiff has obtained all discovery evidence he requires. In addition, plaintiff has not objected to the court granting this motion. Defendants' motion for protective order [dkt. #55] is **GRANTED**.

In the motion for protective order, defendants also object to several motions they received from plaintiff. Because these motions were not filed with the court, defendants' objection is overruled without prejudice to refiling should plaintiff file the motions.

Also, defendants seek an extension of time to respond to plaintiff's motion for

summary judgment and both parties seek an extension of time to respond to the pretrial order. All three motions [**dkt. ## 64, 65, 66**] are **GRANTED**. Defendants shall file their response to the motion for summary judgment on or before **April 2, 2004**. After the court rules on plaintiff's motion for summary judgment, it will establish new deadlines for the responses to the pretrial order.

**SO ORDERED.**

Entered in New Haven, Connecticut, this 12th day of March, 2004.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE