UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERIC ATKINSON | : | NO. 3:01CV1971(PCD)(JGM) |
| | : | |
| VS. | : | |
| | : | |
| KEVIN SCHIBI, ET AL. | : | JULY 20, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE TRIAL PREPARATON ORDER SECTIONS B AND C

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including August 19, 2004 within which to their Trial Preparation Order Section B. The defendants further move for two weeks from that date, until September 2, 2004, to file the Part C portion. In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of time within which comply with the deadline for Part B set by the Court after its ruling on plaintiff's Motion for Summary Judgment;

2. Due to the volume of cases assigned to the undersigned counsel and the inordinate press of other matters, more timely response is most difficult. Moreover, the undersigned counsel has been extremely busy this week with a hearing that came up suddenly and was more complicated than originally thought, and has had a vacation planned for several months; and

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

WHEREFORE, the defendants respectfully seek until August 19, 2004 to file their Part B and until September 2, 2004 for the Part C deadline.

                                    DEFENDANTS
                                    Kevin Schibi, et al
                                    RICHARD BLUMENTHAL
                                    ATTORNEY GENERAL

BY: \_\_\_\_/s/_____
        Lynn D. Wittenbrink
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct08575
        lynn.wittenbrink@po.state.ct.us
        Tel: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following on this 20th day of July 2004:

Eric Atkinson, #214214
Northern Correctional Institution
P.O. Box 665
Somers, CT
06071

                                            \_\_\_\_/s/_____
                                            Lynn D. Wittenbrink
                                            Assistant Attorney General