# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Eric Atkinson | : | 3:01CV1971(PCD)(JGM) |
| v. | : | |
| Kevin Schibi, et al | : | JULY 28, 2004 |

## NOTICE OF SERVICE OF SECTION B OF
## TRIAL MEMORANDUM ON PLAINTIFF

The defendants hereby provide notice to the Court that they have complied with this Court's Trial Preparation Order dated June 14, 2004 by providing a copy of Part B to the plaintiff.

          DEFENDANTS
          Kevin Schibi, et al

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL


BY:   /s/
       Lynn D. Wittenbrink
       Assistant Attorney General
       110 Sherman Street
       Hartford, CT  06105
       Federal Bar #ct08575
       lynn.wittenbrink@po.state.ct.us
       Tel: (860) 808-5450
       Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 28th day of July 2004:

Inmate Eric Atkinson #214214
Northern Correctional Institution
287 Bilton Rd.
Somers CT
06510

                                                                                 __/s/_____
                                                                                 Lynn D. Wittenbrink
                                                                                 Assistant Attorney General