**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ERIC ATKINSON | : | NO. 3:01CV1971(PCD)(JGM) |
| | : | |
| VS. | : | |
| | : | |
| KEVIN SCHIBI, ET AL. | : | AUGUST 27, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that defendants, **KEVIN SCHIBI, ET AL.**, have manually filed the following documents:

- Inserts from Plaintiff's Part B

These documents have been filed electronically because:

[ X ]   The documents cannot be converted to an electronic format.
[   ]   The electronic file size of the document exceeds 1.5 megabytes.
[   ]   The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

> Respectfully submitted,
> DEFENDANTS,
> Kevin Schibi, et al.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY:__/s/_____
> Lynn D. Wittenbrink
> Assistant Attorney General
> Federal Bar No. ct08575
> 110 Sherman Street
> Hartford, CT  06105
> Telephone No. (860) 808-5450
> Fax no. (860) 808-5591
> lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 27th day of August, 2004 to:

Eric Atkinson, Inmate No. 214214
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT  06071


　　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　Lynn D. Wittenbrink
　　　　　　　　　　　　　　　　　　　Assistant Attorney General