Motion for Appointment of Counsel

8/30-2004

Mr. Eric Anthony Atkinson #214214
3 East - Housing unit Cell #103
Northern Correction Institution
P.O. Box 665
Somers, CT
06071

Dear, Federal Court Clerk

Can you mail me a Docket-sheets 3:01 CV 1971 (PCD) Atkinson vs. Schibi Et, Al, I need a attorney for my lawsuit case help me out I do not know the Law Please Get me a Attorney Court Date 9/2/04 on November 3, 00 a K9-Dog attack me Bit up my right upper Leg Bad I need some help Bad

Eric Atkinson
    vs. 3:01 CV 1971 (PCD)
Kevin Schibi Et, Al,

Thank you mam.
Mr. Eric Atkinson
214214  3E-103

Dear Judge, Peter C. Dorsey

Sir. I need a Attorney I have some letter from Attorney tell and me can not help me out with my Lawsuit 3:01CV1971 (PCD) I do not know the law at all so please sir, I do need your assistance with a very good ~~Atkinson~~ Attorney to help me on 9/2/04 at 9:00 Am

Thank you sir
mr Atkinson
#214214 3E-103