# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT


ERIC ANTHONY ATKINSON

     -vs-                                                  Civil No. 3:01 cv 1971 (PCD)

KEVIN SCHIBI, ET ALS


## ORDER

_____Plaintiff's motion for appointment of counsel (Doc. #80) is hereby GRANTED.

SO ORDERED.

Dated at New Haven, Connecticut, September 1, 2004.


           /s/_____
                  Peter C. Dorsey, Senior
                  United States District Judge