UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERIC ATKINSON | : | PRISONER |
| | : | NO. 3:01CV1971(PCD)(JGM) |
| VS. | : | |
| | : | |
| KEVIN SCHIBI, ET AL. | : | AUGUST 30, 2004 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my Appearance as counsel for the defendants, in regards to the above-captioned case, in addition to the Appearance already on file.

Dated at Hartford, Connecticut, this 30th day of August, 2004.

DEFENDANTS,
Kevin Schibi, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:__/s/_____
Neil Pairlle
Assistant Attorney General
Federal Bar No. ct15278
110 Sherman Street
Hartford, CT  06105
E-Mail:  neil.parille@po.state.ct.us
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591

# **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 30th day of August, 2004:

Eric Atkinson, Inmate No. 214214
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT  06071

                                             /s/
                                        Neil Parille
                                        Assistant Attorney General