UNITED STATES DISTRICT COURT AT     NEW HAVEN

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERIC ATKINSON, | : | |
| Plaintiff, | : | |
| -vs- | : | CIVIL NO. 3:01CV1971 (PCD) |
| KEVIN SCHIBI, ET AL., | : | |
| Defendants. | : | |

STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated at New Haven, Connecticut, this 2nd day of September, 2004.

_Eric Atkinson_
Eric Atkinson, Pro Se Plaintiff

_Lynn D. Wittenbrink_
Lynn D. Wittenbrink, Esq.
Attorney for Defendants

## ORDER

The case, having been reported settled and the parties having stipulated to its dismissal, the case is dismissed with prejudice, reserving to each party the right to reopen the case for the purpose of enforcing the settlement provided a request to reopen is filed not later than thirty (30) days from the date of this Order. The court will retain jurisdiction for the purpose of any such request.

SO ORDERED.

Dated at New Haven, Connecticut, this 2nd day of September, 2004.

Peter C. Dorsey, U.S. District Judge
United States District Court